

**U.S. Department of Justice**
*United States Attorney's Office*
*District of New Jersey*

---

*Matthew J. Belgiovine*
*Assistant United States Attorney*

*402 E. State Street, Room 430*
*Trenton, New Jersey 08608*

*973.856.9179*
*Matthew.Belgiovine@usdoj.gov*

March 10, 2026

**<u>VIA ECF</u>**
The Honorable Zahid N. Quraishi
United States District Judge
Clarkson S. Fischer Building & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

> Re:   United States v. Drew Holzlein
>       <u>Crim. No. 25-588 (ZNQ)</u>

Dear Judge Quraishi:

The Government respectfully writes to request a several-week adjournment of the sentencing in this matter, currently scheduled for March 25, 2026. The Government's sentencing memorandum was due on March 5, 2026, and the Government requires additional time to complete and file its submission.

Defendant Drew Holzlein, by counsel, consents to the Government's application.

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

PHILIP W. LAMPARELLO
Senior Counsel

<u>/s/ Matthew J. Belgiovine</u>
BY:   Matthew J. Belgiovine
      Assistant U.S. Attorney

William G. Clayman
Trial Attorney

cc:   Henry Klingeman, Esq.