DNJ-Cr-023 (09/2017)

RECEIVED
FEB 26 2026
AT 8:30
CLERK U.S. DISTRICT COURT
U.S. DISTRICT COURT - DNJ
M

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

Drew Holzlein

      Defendant(s).

Criminal No. _Crim. No 25-588 (ZNQ)_

**REQUEST FOR DISCLOSURE OF
SENTENCING MATERIALS
(Requestor Not Represented by Counsel)**

I, _Sarah Gould_ , wish to obtain a copy of the sentencing materials submitted to the Court on _02/26/2026_ in this case as to defendant, _Drew Holzlein_ . I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: _iluv2bateacher@gmail.com_

Address: _Sarah Gould_

_18 Cardinal Cir_

_Saint Albans, VT 05478_

By: _Sarah Gould_