# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ZAHID N. QURAISHI**<br>UNITED STATES DISTRICT JUDGE | U.S. COURTHOUSE<br>402 EAST STATE STREET, ROOM 4000<br>TRENTON, NJ 08608 |

**April 8, 2026**

**25-cr-588 (ZNQ)**
**USA v HOLZLEIN**

<u>**VIA CM/ECF**</u>
**All counsel of record**

**Dear Counsel,**

    **Sarah Gould has filed Requests for Sentencing Materials (ECF No. 33). In accordance with the Protocol for Disclosure of Sentencing Materials adopted by this Court, I instruct counsel for both sides to confer to determine what information is to be redacted from the requested Sentencing Materials.**

    **Thank you.**

**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**