

**U.S. Department of Justice**
*United States Attorney's Office*
*District of New Jersey*

---

*Matthew J. Belgiovine*
*Assistant United States Attorney*

*402 E. State Street, Room 430*
*Trenton, New Jersey 08608*

*973.856.9179*
*Matthew.Belgiovine@usdoj.gov*

April 16, 2026

**<u>VIA ECF</u>**
The Honorable Zahid N. Quraishi
United States District Judge
Clarkson S. Fischer Building & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

> Re:    United States v. Drew Holzlein
>        <u>Crim. No. 25-588 (ZNQ)</u>

Dear Judge Quraishi:

The Government and Defendant Drew Holzlein have conferred regarding the February 26, 2026 request for disclosure of sentencing materials submitted by Sarah Gould (the "Requestor"), D.E. 33, and, absent further direction from the Court, propose to proceed as follows:

- The parties will submit their respective sentencing memoranda and supporting exhibits and correspondence (the "Sentencing Materials") to the Court in accordance with the Court's Amended Standing Order, 2020-01 ("In Re: Guidelines Sentencing").

- No later than four days prior to sentencing, the parties will meet and confer regarding proposed redactions to the Sentencing Materials, consistent with the District's Protocol for Disclosure of Sentencing Materials.

- In the event of any dispute concerning proposed redactions, the parties will present such disputes to the Court no later than three days prior to sentencing. No Sentencing Materials will be disclosed to the Requestor unless and until the Court resolves any such disputes.

- If the parties reach agreement as to all proposed redactions, the Government will provide the redacted Sentencing Materials

reasonably promptly thereafter to the Requestor at the email address identified in Docket Entry No. 33.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

/s/ Matthew J. Belgiovine
BY:   Matthew J. Belgiovine
Assistant United States Attorney

William G. Clayman
Trial Attorney

cc:   Henry E. Klingeman, Esq.

2