DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br><br>DREW HOLZLEIN<br><br>Defendant(s). | Criminal No.   25-588 (ZNQ)<br><br><br>**SENTENCING SUBMISSION NOTICE OF DEFENDANT** |

Please be advised that, on this date, defendant  DREW HOLZLEIN

submitted sentencing materials to the Court in this case.

Date:    June 2, 2026

By:      /s/ Henry E. Klingeman

Klingeman Cerimele, Attorneys