

**U.S. Department of Justice**
*United States Attorney's Office*
*District of New Jersey*

---

*Matthew J. Belgiovine*          402 E. State Street, Room 430          973.856.9179
*Assistant United States Attorney*          Trenton, New Jersey 08608          Matthew.Belgiovine@usdoj.gov

June 24, 2026

**<u>VIA ECF</u>**
The Honorable Zahid N. Quraishi
United States District Judge
Clarkson S. Fischer Building & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

>       Re:    United States v. Drew Holzlein
>              Crim. No. 25-588 (ZNQ)

Dear Judge Quraishi:

Prior to Defendant Drew Holzlein's sentencing hearing on June 17, 2026, the Court received a letter from a member of the public alleging that Mr. Holzlein sexually assaulted the individual several decades ago. At the hearing, the Court directed the Government to refer the allegations to the appropriate investigative authorities.

In accordance with the Court's directive, the Government provided the letter to representatives of the Federal Bureau of Investigation for further investigation.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

Matthew J. Belgiovine
Assistant United States Attorney

William G. Clayman
Trial Attorney

cc:    Henry E. Klingeman, Esq. (via ECF)